**91–2329.** State v. DeLeon. *Montgomery County,* No. 12140. This cause is pending before the court on the filing of a cross-motion for leave to appeal from the Court of Appeals for Montgomery County and as a claimed appeal as of right from said court. Upon consideration of appellee/cross-appellant's application for dismissal of the cross-appeal,

IT IS ORDERED by the court that said application be, and the same is hereby, granted, effective March 31, 1992.

ACCORDINGLY, IT IS FURTHER ORDERED by the court that this cause be, and hereby is, dismissed.